UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BEMELMAN,

                Plaintiff,

     v.

DEERE & COMPANY,

                Defendant.

C20-880 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to amend, docket no. 17, is GRANTED. Plaintiff shall electronically file the Amended Complaint via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order. Using the CM/ECF system, plaintiff shall add any new parties named in the Amended Complaint, as applicable.

(2) Any answer is due within fourteen (14) days after the Amended Complaint is filed. Fed. R. Civ. P. 15(a)(3).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of October, 2020.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1