1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BEMELMAN,

                        Plaintiff,

            v.

DEERE & COMPANY, et al.,

                        Defendants.

C20-880 TSZ

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

        (1)     The parties' Stipulation on Remote Deposition Testimony, docket no. 33, is APPROVED.

        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

        Dated this 12th day of April, 2021.

                                    William M. McCool
                                    Clerk

                                    s/Gail Glass
                                    Deputy Clerk

MINUTE ORDER - 1