UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BEMELMAN,

              Plaintiff,

    v.

DEERE & COMPANY, et al.,

              Defendants.

C20-880 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's Anthony Bemelman's Motion for Relief from Deadline, docket no. 35, is GRANTED. Plaintiff has shown good cause to extend the deadline to disclose the opinions of his vocational expert, John Berg. *See* LCR 16(b)(6); Unger Decl. at ¶ 5 (docket no. 35-2). Plaintiff's late disclosure is also harmless, as the Court declines to continue the trial date or otherwise modify the case schedule. *See* Fed. R. Civ. P. 37(c)(1).

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 14th day of May, 2021.

                                     William M. McCool
                                   Clerk

                                   s/Gail Glass
                                   Deputy Clerk

MINUTE ORDER - 1