UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BEMELMAN,

           Plaintiff,

  v.

DEERE & COMPANY,

           Defendant.

C20-880 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)     Plaintiff's Motion to Compel and for Relief from a Deadline, docket no. 46, is DENIED. Plaintiff's requests to depose Defendant's paralegal, or, in the alternative, to access Defendant's internal databases, are not justified. Plaintiff has already deposed Defendant's 30(b)(6) witness, who provided information concerning the relevant databases and searches; in particular, the 30(b)(6) witness testified that *he directed* the paralegal to conduct the search, including which search terms and timeframe to use. Unger Decl. at ¶ 5. Plaintiff has provided no basis to compel discovery. *See* Fed. R. Civ. P. 37(a)(3); *see also Freed v. Home Depot U.S.A., Inc.*, No. 18-cv-359, 2019 WL 582346, at *5 (S.D. Cal. Feb. 13, 2019) (concluding plaintiff was not entitled to conduct a deposition of defendant's in-house paralegal, particularly where defendant agreed to produce a 30(b)(6) deponent). Nor has Plaintiff shown good cause to extend the discovery cutoff deadline. *See* LCR 16(b)(6). Neither party is entitled to attorneys' fees or expenses incurred in connection with this motion. *See* Fed. R. Civ. P. 37(a)(5)(B).

      (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 14th day of June, 2021.

                                               William M. McCool
                                               Clerk

                                               s/Gail Glass
                                               Deputy Clerk

MINUTE ORDER - 1