UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BEMELMAN,

    Plaintiff,

v.

DEERE & COMPANY, et al.,

    Defendants.

C20-880 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's stipulated motion, docket no. 55, for an order approving the parties' stipulation as to the reasonableness and necessity of Plaintiff's medical expenses is GRANTED;

(2)    Plaintiff's motion for summary judgment, docket no. 52, is STRICKEN as moot. *See* docket no. 56.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of July, 2021.

    Ravi Subramanian
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 1