UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BEMELMAN,

          Plaintiff,

   v.

DEERE & COMPANY, et al.,

          Defendants.

C20-880 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Plaintiff Anthony Bemelman's motion for relief from a deadline (docket no. 54), motion to exclude certain opinions (docket no. 57), and motion for a remote trial (docket no. 68), the Court hereby SCHEDULES a hearing for **Wednesday, August 4, 2021, at 10:00 a.m.**, in Courtroom 15206 on the 15th floor of the United States Courthouse, located at 700 Stewart Street in Seattle, Washington. A Court Reporter will be present. Counsel shall be prepared to discuss the pending motions, docket nos. 54, 57, and 68, and any anticipated motions in limine, at the hearing.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of July, 2021.

                                                   Ravi Subramanian
                                                   Clerk

                                                   s/Gail Glass
                                                   Deputy Clerk

MINUTE ORDER - 1